**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON GUTTMAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|         v. | ) | Civil Action No. 05-114 (RWR) |
| | ) | |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| RALPH NUDI et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|         v. | ) | Civil Action No. 05-159 (RWR) |
| | ) | |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| COREY MCSWEENEY et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|         v. | ) | Civil Action No. 05-305 (RWR) |
| | ) | |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| DONNA JACOBSEN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|         v. | ) | Civil Action No. 05-328 (RWR) |
| | ) | |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION et al., | ) | |
| | ) | |
|     Defendants. | ) | |

```
_____
DENNIS GORCHOV et al.,            )
                                  )
        Plaintiffs,               )
                                  )
             v.                   )      Civil Action No. 05-334 (RWR)
                                  )
FEDERAL NATIONAL MORTGAGE          )
ASSOCIATION et al.,               )
                                  )
        Defendants.               )
_____)
WILLIAM DALESSANDRO et al.,        )
                                  )
        Plaintiffs,               )
                                  )
             v.                   )      Civil Action No. 05-385 (RWR)
                                  )
FEDERAL NATIONAL MORTGAGE          )
ASSOCIATION et al.,               )
                                  )
        Defendants.               )
_____
MATTHEW GRABELL,                  )
                                  )
        Plaintiff,                )
                                  )
             v.                   )      Civil Action No. 05-398 (RWR)
                                  )
FEDERAL NATIONAL MORTGAGE          )
ASSOCIATION et al.,               )
                                  )
        Defendants.               )
_____)
IAN GEORGE et al.,                )
                                  )
        Plaintiffs,               )
                                  )
             v.                   )      Civil Action No. 05-403 (RWR)
                                  )
FEDERAL NATIONAL MORTGAGE          )
ASSOCIATION et al.,               )
                                  )
        Defendants.               )
_____)
```

-3-

## **ORDER**

In light of the Order filed on June 16, 2005 consolidating seven related cases into Civil Action 04-114, it is hereby

ORDERED that the Clerk close Civil Action Numbers 05-159, 05-305, 05-328, 05-334, 05-385, 05-398, and 05-403.

SIGNED this 31st day of August, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge
