# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>G-FEES ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | )<br>)<br>)<br>)   Civil Action No. 05-114 (RWR)<br>)<br>)   Judge Richard W. Roberts<br>) |

## STIPULATION OF DISMISSAL AND PROPOSED ORDER

WHEREAS, Plaintiffs and Defendants have agreed to dismissal of the action with each party to bear its own costs and attorneys' fees; and

WHEREAS, because no class has been certified, notice to the putative class is not required under Fed. R. Civ. P. 23(e), and no class notice has previously been provided;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Kurt B. Olsen | /s/ Asim Varma |
| Kurt B. Olsen (D.C. Bar # 445279) | Howard N. Cayne (D.C. Bar # 331306) |
| KLAFTER OLSEN & LESSER LLP | Asim Varma (D.C. Bar # 426364) |
| 1250 Connecticut Ave., N.W. Suite 200 | Ryan Z. Watts (D.C. Bar# 478395) |
| Washington, D.C. 20036 | ARNOLD & PORTER LLP |
| T: 202-261-3553 | 555 12TH St., NW |
| E-mail: ko@klafterolsen.com | Washington, DC 20004 |
| | T: 202-942-5000 |
| | E-mail: howard.cayne@aporter.com |
| /s/ Clifford S. Goodstein | |
| Clifford S. Goodstein | Stephen E. Hart |
| Jennifer Sosa | FEDERAL HOUSING FINANCE AGENCY |
| MILBERG LLP | 1700 G St., NW |
| One Pennsylvania Plaza | Washington, DC 20552 |
| New York, NY 10119-0165 | T: 202-414-3800 |
| T: 202-594-5300 | |
| | *Attorneys for Intervenor the Federal Housing Finance Agency, as Conservator For Federal National Mortgage Association and Federal Home Loan Mortgage Corporation* |
| /s/ Patrick E. Cafferty | |
| Patrick E. Cafferty | |
| Jennifer W. Sprengel | |
| CAFFERTY FAUCHER LLP | |
| 30 North LaSalle Street, Suite 3200 | /s/ Henry C. Thumann |
| Chicago, Illinois 60602 | Henry C. Thumann (D.C. Bar #474499) |
| T: 312-782-4880 | Richard G. Parker (D.C. Bar #418605) |
| | Adam J. Coates (D.C. Bar # 486424) |
| *Interim Co-Lead Counsel for Plaintiffs* | O'MELVENY & MYERS, LLP |
| | 1625 I St., NW |
| | Washington , DC 20006 |
| | T: (202) 383-5300 |
| | Email: acoates@omm |
| | |
| | Jodie L. Kelley (D.C. Bar #447477) |
| | Jonathan Griffith (D.C. Bar #456080) |
| | FEDERAL NATIONAL MORTGAGE CORPORATION |
| | 3900 Wisconsin Ave., N.W. |
| | Washington, D.C. 20016 |
| | T: 202-752-3900 |
| | |
| | *Attorneys for Federal National Mortgage Association* |

3

/s/ Michael J. Ciatti
Graciela Maria Rodriguez (D.C. Bar #438955)
Michael J. Ciatti (D.C. Bar # 467177)
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington , DC 20006-4706
T:  202-626-5508

Hyacinth G. Kucik (D.C. Bar #398736)
George A. Kielman (D.C. Bar #219923)
FEDERAL HOME LOAN MORTGAGE CORPORATION
8200 Jones Branch Drive
McLean, VA 22102
T: 703-903-2000

*Attorneys  for Defendant Federal Home Loan Mortgage Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that June 26, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court. I understand that the Court will provide electronic notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ Ryan Watts