Filed

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>G-FEES ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | )<br>)<br>)<br>)<br>)  Civil Action No. 05-114 (RWR)<br>)<br>)  Judge Richard W. Roberts<br>) |

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and the stipulation of the parties, the action is dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

Dated: 6/26/09

_____
United States District Court Judge